AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHARLES ROSE,

               Plaintiff,

v.

ANDERSON HAY AND GRAIN COMPANY,

               Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-055-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that under 49 U.S.C. § 31105(b) and (c), this Court does not have subject matter jurisdiction over this matter, and, therefore, Plaintiff's Complaint is Dismissed Without Prejudice.

August 6, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson